IN RE:                                          CASE NO. 04-54546

CORNELL EDWARDS                                 CHAPTER 7
VIRGINIA EDWARDS
      Debtors                                   REPORT OF UNCLAIMED
                                                DIVIDEND

FILED 2011 JAN 14 AM 11:16 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

    Harold A. Corzin, Trustee herein, reports that check #105 was issued on September 22, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #108 to the Clerk of Courts in the amount of $99.51 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Hcorzin@csu-law.com

January 10, 2011

cc: U. S. Trustee

Printed: 01/10/11 09:57 AM

# Stale Check Report

Page: 1

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 04-54546 - EDWARDS, CORNELL

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-025191266-66 | 108 | 01/10/11 | U. S. BANKRUPTCY COURT | | | $99.51 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-025191266-66 7U | 105 | | 01/26/05 | 610 | T & J Acceptance Corp. dba CNAC c/o Herman N. Visani, Esq. 2500 Terminal Tower, 50 Public Square Cleveland, OH 44113-2241 | 1,982.82 | 1,982.82 | 99.51 | 99.51 |

*Handwritten:* Ck #108 receipt #82056

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.